M. P. No. 977. WALTER W. SMITH *v.* ESTATE OF MARGARET M. CATTERALL, *alias.* Motion for leave to file petition for certiorari granted. Case consolidated for hearing with *Smith v. Estate of Margaret M. Catterall,* No. 971-A. *Keenan, Rice, Dolan & Reardon, John Keenan,* for appellants. *J. Russell Blease,* for appellee.

APPEAL No. 887. JOSEPH PAOLANTONIO *v.* PERSONNEL APPEAL BOARD. Respondent's motion to dismiss petitioner's appeal granted. *Joseph A. Paolantonio,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

Ex. Nos. 516, 517, 518. STATE *v.* JOSEPH A. WHITE. STATE *v.* PAUL C. JOHNSON. STATE *v.* RALPH J. CASALA. Defendants' motion to vacate Order dismissing appeals for lack of prosecution is granted, and parties are directed to file briefs within thirty days from date of this Order. *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William G. Grande,* for defendants.

February 27, 1970.

M. P. No. 867. STATE *v.* DELBERT SCOTT. Petition for writ of habeas corpus denied. *Donald P. Ryan,* Asst. Attorney General, for plaintiff-appellee. *Joseph A. Bevilacqua, John F. Cicilline,* for defendant-appellant.